# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

————————————————————

No. 1D2022-3711

————————————————————

SCOTT HAMILTON,

Appellant,

v.

MICHELE HAMILTON,

Appellee.

————————————————————

On appeal from the Circuit Court for Escambia County.
Stephen A. Pitre, Judge.

March 27, 2024

PER CURIAM.

AFFIRMED.

B.L. THOMAS, BILBREY, and TANENBAUM, JJ., concur.

————————————————————

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

————————————————————

Jill W. Warren of Autumn Beck Blackledge, PLLC, Pensacola, for Appellant.

Charles F. Beall, Jr., of Moore, Hill & Westmoreland, P.A., Pensacola; Jennifer L. Bushnell of Jennifer Lee Bushnell, PLLC., Pensacola, for Appellee.